NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FLASH SEATS, LLC,**
*Plaintiff-Appellant,*

v.

**PACIOLAN, INC.,**
*Defendant-Appellee.*

---

2012-1053, -1093

---

Appeals from the United States District Court for the District of Delaware in case no. 07-CV-0575, Judge Leonard P. Stark.

---

**ON MOTION**

---

**ORDER**

Paciolan, Inc. moves for leave to file its corresponding CD-ROM brief pursuant to Fed. Cir. R. 32(e). Flash Seats, LLC, opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Flash Seats does not have to file its briefs on CD-ROM unless they choose to do so.

FOR THE COURT

APR 1 3 2012

Date

cc: Brian T. Moriarty, Esq.
    Clement S. Roberts, Esq.

s21

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 3 2012

JAN HORBALY
CLERK